**Electronically Filed
Supreme Court
SCWC-30284
28-MAR-2011
09:43 AM**

NO. SCWC-30284

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I, Respondent/Plaintiff-Appellee

vs.

DANIEL JOHN WILSON, Petitioner/Defendant-Appellant

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 08-1-1960)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on

February 14, 2011 by Petitioner/Defendant-Appellant Daniel John

Wilson is hereby rejected.

DATED: Honolulu, Hawai‘i, March 28, 2011.

FOR THE COURT:

/s/ Simeon R. Acoba, Jr.

Associate Justice



Shawn A. Luiz, on the
application for
petitioner/defendant-
appellant.

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Sakamoto, assigned due to a vacancy.